THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MATHEWS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARCHER NORTH AMERICA,<br><br>　　　　　Defendant. | CASE NO. C20-5372-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte*. Plaintiff filed a complaint with this Court on April 20, 2020 (Dkt. No. 1). The parties have not provided the Court a discovery plan or joint status report, as described in the Court's April 24, 2020 order (Dkt. No. 4.) Nor has the Court received proof of service, as required by Federal Rule of Civil Procedure 4(l).

　　　Accordingly, Plaintiff is ORDERED to show cause why this case should not be dismissed for failure to prosecute, Plaintiff shall respond to this order no later than fourteen (14) days from the date of this order.

//

//

//

MINUTE ORDER
C20-5372-JCC
PAGE - 1

1

2      DATED this 21st day of September 2020.

3                                           William M. McCool
                                            Clerk of Court
4

5                                           s/Tomas Hernandez
                                            Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26