THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MATHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>KARCHER NORTH AMERICA,<br><br>    Defendant. | CASE NO. C20-5372-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint on April 20, 2020 and summons was issued shortly thereafter. (Dkt. Nos. 1, 2.) However, Plaintiff never filed an affidavit of service. On September 21, 2020, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 6.) Plaintiff has not responded to this order. Pursuant to Federal Rule of Civil Procedure 41(b), the complaint is DISMISSED without prejudice.

DATED this 7th day of October 2020.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-5372-JCC
PAGE - 1